UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE SNOWDEN, III,<br><br>  Plaintiff,<br><br>  v.<br><br>SGT. PRADA, et al.,<br><br>  Defendants. | Case No. CV 12-1466 DSF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Complaint, all documents submitted in connection with the Motion to Dismiss the Second Amended Complaint ("Motion to Dismiss") filed by defendants Correctional Sergeant Prada, and Correctional Officers Arredondo, Murphy, and Kelly ("Moving Defendants"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS HEREBY ORDERED: (1) the Motion to Dismiss is granted to the extent it seeks dismissal of plaintiff's claims against the Moving Defendants based upon plaintiff's failure properly to exhaust available administrative remedies;

(2) the Second Amended Complaint and this action are dismissed without prejudice as against all defendants for the reasons stated in the Report and Recommendation; and (3) that Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the accompanying Judgment, and the Report and Recommendation on plaintiff and counsel for defendants.

IT IS SO ORDERED

DATED: 9/9/13

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE