UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE SNOWDEN, III, | ) | Case No. CV 12-1466 DSF(JC) |
| Plaintiff, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| SGT. PRADA, et al., | ) | |
| Defendants. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and this action are dismissed without prejudice.

9/9/13

DATED: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE